CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 22 2015

JULIA C. DUDLEY, CLERK
BY: /s/
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 7:13CR00007-002 |
| | (Case No. 7:14CV70741) |
| v. | **FINAL ORDER** |
| MARTHA JO LANDGREBE, | |
| | By: Hon. Glen E. Conrad |
| Defendant. | Chief United States District Judge |

This action, brought as a motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, is before the court upon the Report and Recommendation of the United States Magistrate Judge, prepared pursuant to 28 U.S.C. § 636(b). By order entered January 14, 2015, this case was referred to United States Magistrate Judge Joel C. Hoppe for appropriate proceedings pursuant to 28 U.S.C. § 636(b)(1)(B). The magistrate judge has now submitted a report in which he concludes that when the defendant pled guilty with a written agreement, she knowingly and voluntarily waived her right to collaterally attack her sentence, and two of her § 2255 claims fall within the scope of that waiver; and that the existing record conclusively shows that defendant is not entitled to relief on her third § 2255 claim. Therefore, the magistrate judge recommends that the court grant the government's motion to dismiss. Both sides were advised that failure to file written objections to the report within fourteen days would be deemed to constitute a waiver of the right to contest the magistrate judge's findings and conclusions. The fourteen days allotted under § 636(b) for parties to object to the findings and recommendations in the magistrate judge's report have expired, and neither party has filed any objection to the Report and Recommendation.

For reasons stated in the magistrate judge's Report and Recommendation, and in the absence of any objections thereto, it is now

**ORDERED**

that the Report and Recommendation shall be, and it hereby is **ADOPTED** in its entirety as the opinion of the court, see Wells v. Shriners Hospital, 109 F.3d 198, 199 (4th Cir. 1997) (failure to file written objections to report and recommendation constitutes a waiver of the right to further contest those issues) and Wright v. Collins, 766 F.2d 841 (4th Cir. 1985) (pro se litigant must be advised of the effect of failure to file written objections to report and recommendation in order for the report to be binding on the litigant); the motion to dismiss is **GRANTED**; the motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 is **DISMISSED**; and this action is hereby stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED.**

The Clerk is directed to send certified copies of this order to all parties.

ENTER: April 22, 2015

_____
Chief United States District Judge